FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 05 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00173 JM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| TERRY WAYNE FRANKLIN, and | ) | 21 U.S.C. § 841(b)(1)(C) |
| MARY DANIELLE SHEPPARD | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about April 2022 until on or about September 16, 2022, in the Eastern District of Arkansas, and elsewhere, the defendants,

TERRY WAYNE FRANKLIN, and
MARY DANIELLE SHEPPARD,

voluntarily and intentionally conspired with each other to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and the death of I.M. resulted from the use of such substance, and the defendant TERRY WAYNE FRANKLIN committed the offense after one or more prior convictions for a similar offense.

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about May 14, 2022, in the Eastern District of Arkansas, the defendants,

TERRY WAYNE FRANKLIN, and
MARY DANIELLE SHEPPARD,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and the death of I.M. resulted from the use of such substance, and the defendant TERRY WAYNE FRANKLIN committed the offense after one or more prior convictions for a similar offense, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### FORFEITURE ALLEGATION ONE

Upon conviction of Count One or Two of this Indictment, the defendants, TERRY WAYNE FRANKLIN and MARY DANIELLE SHEPPARD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

### FORFEITURE ALLEGATION TWO

Upon conviction of Count One or Two of this Indictment, the defendants, TERRY WAYNE FRANKLIN and MARY DANIELLE SHEPPARD, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

### FORFEITURE ALLEGATION THREE

Upon conviction of Count One or Two of this Indictment, the defendants, TERRY WAYNE FRANKLIN and MARY DANIELLE SHEPPARD, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and

Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]